UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICARDO VELASQUEZ,                                                     :
                                                                       :
                                                                       :
                      Plaintiff,                                       :    22 Civ. 2904 (JPC)
                                                                       :
         -v-                                                           :    ORDER
                                                                       :
URBAN OUTFEITTERS, INC. and 383 WEST                                   :
BROADWAY CORP.,                                                        :
                                                                       :
                      Defendants.                                      :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 5, 2023, the Court scheduled an Initial Pretrial Conference ("IPTC") for February 7, 2023, and directed the parties to confer with each other and make a pre-IPTC submission by January 31, 2023. Dkt. 29. That deadline has passed, and the docket does not reflect that the parties have filed a joint letter addressing the topics in the Court's previous order or a request to adjourn the IPTC or the deadline to make these required filings. Accordingly, the deadline for the parties' pre-IPTC submission is adjourned to February 3, 2023. Failure to comply with this deadline may result in sanctions or the case being dismissed for failure to prosecute.

    SO ORDERED.

Dated: February 1, 2023
       New York, New York
                                        JOHN P. CRONAN
                                        United States District Judge